Argued and submitted May 1, application for admission denied May 15, 1997

In the Matter of the Application of

# MAX GORDON ARNOLD,

For Admission to the
Practice of Law in Oregon.

(SC S43659)

936 P2d 986

Max Gordon Arnold argued the cause and filed the briefs *pro se*.

Jeffrey D. Sapiro, Lake Oswego, argued the cause and filed the brief for the Oregon State Bar.

PER CURIAM

## PER CURIAM

This is a contested bar admission case. Petitioner, a present member of the California State Bar, seeks admission to the practice of law in Oregon. Applications for admission to practice law in Oregon, including any hearing necessitated by questions relating to the character or fitness of an applicant, are processed by the Oregon State Board of Bar Examiners (the Board). Rule 2.10, Rules for Admission of Attorneys. In this case the Board, after conducting a formal hearing, recommends to this court that petitioner's application be denied.

Petitioner has the burden to establish, by clear and convincing evidence, that he possesses the requisite good character and fitness for admission. Rule 9.45(6), Rules of Admission for Attorneys. After *de novo* review of the record and consideration of the arguments of the parties, Rule 9.60(5), Rules of Admission for Attorneys, this court is not persuaded that petitioner has met that burden. A discussion of the reasons for that conclusion would not benefit bench or bar.

Application for admission denied.